THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREEDOM FOUNDATION, a Washington non-profit corporation, <br><br>            Plaintiff, <br>     v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br>            Defendants, and <br><br> WASHINGTON STATE LABOR COUNCIL, <br><br>            Intervenor-Defendant. | CASE NO. C21-5928-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to file an amended complaint with written consent of the opposing parties under Federal Rule of Civil Procedure 15(a)(2) (Dkt. No. 18). Plaintiff's counsel informed the Court they intended to file a stipulated motion for leave from the Court to file an amended complaint. Plaintiff already filed the amended complaint the same day it filed the stipulation (*see* Dkt. Nos. 17, 18).

Nevertheless, the Court GRANTS Plaintiff's request for an order confirming the permissibility

of filing its amended complaint (Dkt. No. 17), as stipulated to by the parties. (Dkt. No. 18.) Defendants shall have 14 days from the date of this order to file their answers.

DATED this 3rd day of May 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk